# EXHIBIT A



Wednesday, Mar 1 • 12:10 PM


Your Business has been PRE-APRROVED for Capital Advance up to $250K. Please reply "CHEDDAR" or call 844-887-8082 to Get Funded. reply "STOP" to opt-out.

Cheddar

Monday • 10:11 AM


Your Business has been PRE-APPROVED for Capital Advance up to $250K. Please reply "CHEDDAR" or call 844-887-8082 to Get Funded. reply "STOP" to opt-out.

Mon 10:11 AM


Type an SMS message


SMS