

20170410130405

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS IN A CIVIL ACTION , COMPLAINT, EXHIBIT, MEMORANDUM OF LAW, CERTIFICATION AND**
EFFECTED (1) BY ME: **MOTION**
TITLE: *Brad S. Roy*
**PROCESS SERVER**
DATE: *4/11/17 @ 10:30 AM*

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

LOFT ASSOCIATES, LLC D/B/A CHEDDAR EXPRESS C/O NY SECRETARY OF STATE
_____

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVE  ALBANY  NY  12231
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

*Sue Zouky , Business Document Specialist 2*

Relationship to defendant _____

Description of Person Accepting Service:

SEX: *F*   AGE: *55*   HEIGHT: *5'9"*   WEIGHT: *130 lbs.*   SKIN: *White*   HAIR: *Brown*   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL$ _____._____        SERVICES $_____._____        TOTAL $_____._____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: *4* / *11* / 20 *17*        _____ L.S.
                                                  SIGNATURE OF *Brad S. Roy*
                                      GUARANTEED SUBPOENA SERVICE, INC.
                                                   2009 MORRIS AVENUE
                                                     UNION, NJ 07083

ATTORNEY:     AYTAN Y. BELLIN, ESQ.
PLAINTIFF:      CRAIG CUNNINGHAM, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY
DEFENDANT:    SITUATED
VENUE:          LOFT ASSOCIATES, LLC D/B/A CHEDDAR EXPRESS
DOCKET:        DISTRICT
COMMENT:      2 17 CV 02110 ADS GRB