UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated,

        Plaintiff,        2:17-CV-02110-ADS-GRB

-vs.-

LOFT ASSOCIATES, LLC, D/B/A CHEDDAR EXPRESS

        Defendant.

## **NOTICE OF APPEARANCE**

Please Take Notice that Erik L. Shawn, Counsel at Bellin & Associates LLC, hereby enters his appearance for and on behalf of Plaintiff Craig Cunningham and the proposed Class in the above-captioned matter. I certify that I am admitted to practice before this Court.

Dated: April 21, 2017           /s/ Erik L. Shawn
                                            Erik L. Shawn
                                            Counsel
                                            Bellin & Associates LLC
                                            50 Main Street, Suite 1000
                                            White Plains, NY 10606
                                            Tel: (914) 358-5345
                                            Fax: (212) 571-0284
                                            Erik.Shawn@bellinlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2017, a copy of the foregoing was filed electronically. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may also access this filing through the Court's CM/ECF System.

/s/ Erik L. Shawn
Erik L. Shawn
Bellin & Associates LLC
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 358-5345
Fax: (212) 571-0284
Erik.Shawn@bellinlaw.com