UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X  Case No: 2:17-CV-02110
CRAIG CUNNINGHAM, on behalf of himself
and all others similarly situated,

                                          Plaintiff,      **RULE 7.1 DISCLOSURE**

    -against-

LOFT ASSOCIATES, LLC d/b/a CHEDDAR
EXPRESS,

                                          Defendant.
---------------------------------------------------------------------X

       Defendant LOFT ASSOCIATES, LLC d/b/a CHEDDAR EXPRESS, by its attorneys, Certilman Balin Adler & Hyman, LLP, as and for its disclosure statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 1.9, hereby sets forth that it does not have a parent corporation and/or any publicly held corporation that owns ten percent (10%) or more of its stock.

Dated:     East Meadow, New York
             May 19, 2017

                                            CERTILMAN BALIN ADLER & HYMAN, LLP

                                            By: _____
                                                Paul B. Sweeney
                                       *Attorneys for Defendant Loft Associates, LLC*
                                       *d/b/a Cheddar Express*
                                       90 Merrick Avenue – 9th Floor
                                       East Meadow, New York 11554
                                       (516) 296-7000
                                       psweeney@certilmanbalin.com

6356149.1

TO:   BELLIN & ASSOCIATES LLC
      Aytan Y. Bellin, Esq.
      *Attorneys for Plaintiff*
      85 Miles Avenue
      White Plains, NY 10606
      (914) 358-5345
      Aytan.Bellin@bellinlaw.com

6356149.1