UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Case No: 2:17-CV-02110
CRAIG CUNNINGHAM, on behalf of himself
and all others similarly situated,

                                       Plaintiff,        **STIPULATION**

    -against-

LOFT ASSOCIATES, LLC d/b/a CHEDDAR
EXPRESS,

                                       Defendant.
-----------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED TO,** by and between the attorneys for Plaintiff Craig Cunningham, on behalf of himself and all others similarly situated., that Defendant Loft Associates, LLC d/b/a Cheddar Express's time to answer, move or otherwise respond to the Complaint in this action, is hereby extended to and including June 15, 2017.

       **IT IS HEREBY STIPULATED AND AGREED TO,** that a facsimile of this Stipulation shall have the same force and effect as an original.

Dated: East Meadow, New York
        May 17, 2017

CERTILMAN BALIN ADLER &
HYMAN, LLP

By: _____
   Paul B. Sweeney, Esq.
*Attorneys for Defendant*
90 Merrick Avenue – 9th Floor
East Meadow, New York 11554
(516) 296-7000
PSweeney@certilmanbalin.com

BELLIN & ASSOCIATES LLC

By: _____
Aytan Y. Bellin, Esq.
*Attorneys for Plaintiff*
85 Miles Avenue
White Plains, NY 10606
(914) 358-5345
Aytan.Bellin@bellinlaw.com

6353987.1

SO ORDERED:

_____
U.S.D.J.