UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X     Case No: 2:17-CV-02110-
CRAIG CUNNINGHAM, on behalf of himself                                            ADS-GRB
and all others similarly situated,

                                                    Plaintiff,

            -against-                                                             **NOTICE OF APPEARANCE**

LOFT ASSOCIATES, LLC d/b/a CHEDDAR
EXPRESS,                                            Defendant.
---------------------------------------------------------------------------X

**To the Clerk of the Court and All Parties of Record**:

      **PLEASE TAKE NOTICE** that the undersigned has been retained by and appears

for defendant Loft Associates, LLC d/b/a Cheddar Express this action.  I certify that I

am admitted to practice before this Court.

Dated:         East Meadow, New York
               June 8, 2017

                 CERTILMAN BALIN ADLER & HYMAN, LLP

                 By:   *s/ Nicole L. Milone*
                    Nicole L. Milone
                 *Attorneys for Defendant Loft Associates, LLC*
                 *d/b/a Cheddar Express*
                 90 Merrick Avenue – 9th Floor
                 East Meadow, New York 11554
                 (516) 296-7000
                 nmilone@certilmanbalin.com

TO:     BELLIN & ASSOCIATES LLC
        Aytan Y. Bellin, Esq.
        Erik L. Shawn, Esq.
        *Attorneys for Plaintiff*
        85 Miles Avenue
        White Plains, NY 10606
        (914) 358-5345
        Aytan.Bellin@bellinlaw.com
        Erik.Shawn@bellinlaw.com

6372049.1