

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

NICOLE L. MILONE
ASSOCIATE
DIRECT DIAL 516.296.7127
nmilone@certilmanbalin.com

June 8, 2017

*Via ECF*

Judge Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:   *CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated*
      *v. LOFT ASSOCIATES, LLC D/B/A CHEDDAR EXPRESS*
      *Case 2:17-cv-02110-ADS-GRB*

Dear Judge Spatt:

Our office represents the defendant, Loft Associates, LLC d/b/a Cheddar Express, in the above-referenced action. We write to respectfully request an extension of time to respond to the Complaint to July 14, 2017, in accordance with Your Honor's Individual Motion Practices.

Defendant's originally scheduled time to respond to the Complaint was May 2, 2017. (ECF No. 8) Defendant's first and only prior request to extend its time to respond (on consent) was granted by Your Honor on May 20, 2017, which extended Defendant's time to June 15, 2017. (ECF No. 12) Additionally, Plaintiff consents to this second request to extend Defendant's time to respond to the Complaint to July 14, 2017.

Accordingly, Defendant respectfully requests an extension of time to answer, move, or otherwise respond to the Complaint, to and including July 14, 2017.

Respectfully submitted,

Nicole L. Milone

NLM/bat
CC: all parties via ECF