UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRAIG CUNNINGHAM, on behalf of himself
and all others similarly situated,

                     Plaintiff,

     -against-

LOFT ASSOCIATES, LLC d/b/a CHEDDAR EXPRESS,
                  Defendant.
-----------------------------------------------------------------X

Case No.: 17-CV-02110
(GRB)

**SUBSTITUTION**
**OF COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    IT IS HEREBY CONSENTED THAT, the Law Office of Clifford Olshaker be substituted as attorneys of record for defendant Loft Associates, LLC d/b/a Cheddar Express in the above-captioned action, in place and stead of the undersigned attorneys as of the date hereof.

Dated: East Meadow, New York
       December 19, 2017

                    CERTILMAN BALIN ADLER & HYMAN, LLP

                    By: _____
                        Nicole L. Milone, Esq.
                    *Outgoing Counsel for Defendant*
                    90 Merrick Avenue
                    East Meadow, NY 11554
                    Tel.: 516-296-7000

                    LAW OFFICE OF CLIFFORD OLSHAKER

                    By: _____
                        Clifford Olshaker, Esq.
                    *Incoming Counsel for Defendant*
                    9819 37th Ave #2
                    Corona, NY 11368
                    Tel.: 718-429-8032

6506654.1

LOFT ASSOCIATES LLC
D/B/A CHEDDAR EXPRESS

By: _____
Anthony Lodati
Authorized Signatory

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF _NASSAU_ )

On the 5th day of ~~December, 2017~~ _January 5, 2018_ before me, the undersigned, a Notary Public in and for said State, personally appeared **Anthony Lodati**, *personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed same in his capacity as authorized signatory of* **Loft Associates LLC d/b/a Cheddar Express** *and that by his signature on the instrument, or the entity or person upon behalf of which the individual acted, executed the instrument.*

_____
NOTARY PUBLIC

BRIAN T. MASTROBERTI
Notary Public, State of New York
NO. 02MA6300517
Qualified in Suffolk County
Commission Expires February 4, 2018

TO:    BELLIN & ASSOCIATES LLC
       Aytan Y. Bellin, Esq.
       Erik L. Shawn, Esq.
       *Attorneys for Plaintiff*
       85 Miles Avenue
       White Plains, NY 10606
       (914) 358-5345

6506354.1