**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | |
| TIME: | |
| DOCKET NUMBER(S): | |
| NAME OF CASE(S): | |
| FOR PLAINTIFF(S): | |
| FOR DEFENDANT(S): | |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | |

<u>RULINGS FROM                              </u>: